United States District Court
Southern District of Texas
**ENTERED**
July 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LARRY ALLEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-14-1717 |
| § | |
| HOUSTON INDEPENDENT SCHOOL § | |
| DISTRICT, § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

For the reasons stated on the record at the July 29, 2016 motion hearing, this action is dismissed with prejudice. Each party is to bear its own costs. This is a final judgment.

SIGNED on July 29, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge